IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DANIEL PETERSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:19-cv-2050 |
| ) | |
| **MINERVA SURGICAL, a Delaware** ) | |
| **Corporation, and DAVID CLAPPER, an** ) | |
| **Individual,** ) | |
| ) | |
| Defendants. ) | |

## CLERK'S 14-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendants Minerva Surgical and David Clapper should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint and Jury Demand [Doc. 1] filed herein. This is the first request for an extension. Defendants' answer or other responsive pleading was originally due April 13, 2019; therefore, the request is timely. Defendants' answer or other responsive pleading is now due on or before April 29, 2019.

Dated this 22nd day of March, 2019.

                                                                       Clerk of the US District Court for the
                                                                       District of Kansas


                                                                       By   s/Colleen Abraham
                                                                          Deputy Clerk

Prepared by:

*/s/ Sean M. Sturdivan*
Sean M. Sturdivan            KS #21286
Darin J. Van Thournout       KS #26116
Sanders Warren Russell & Scheer LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS  66210
Phone: 913-234-6100
Fax: 913-234-6199
s.sturdivan@swrsllp.com
d.vanthournout@swrsllp.com
***Attorneys for Defendants Minerva Surgical Inc.***
***And David Clapper***