# United States District Court

---------------------------- DISTRICT OF KANSAS----------------------------

**DANIEL PETERSON**

    **Plaintiff**,

    v.

**MINERVA SURGICAL, INC. and DAVID CLAPPER,**

    **Defendants.**

Case No. 19-CV-02050-KHV

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that pursuant to the Memorandum and Order (Doc. 59), filed December 8, 2023, the Final Arbitration Award (Doc. #52-1) filed November 2, 2023 is CONFIRMED and judgment is entered in favor of defendants in the amount of $7,029.94, attorney fees in the amount of $190,000, and costs in the sum of $1,529 with post-judgment interest at the rate of 5.05% per annum. It is further ordered, in accordance with the Final Arbitration Award (Doc. #52-1), that plaintiff immediately return to Minerva all confidential documents and any other Minerva property.

    Dated: <u>December 8, 2023</u>        SKYLER O'HARA
                                                            CLERK OF THE DISTRICT COURT

                                                            by: <u>*/s/ Audra Harper*</u>
                                                                 Deputy Clerk